## Defendant Status Sheet
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name: CONNOR RILEY MOUCKA

Is there already a charging document filed for this defendant for this case in this district?

☐ Yes    ☒ No    If yes:

If yes, please enter the cause number below:

    or    MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☒ Other: Located in a foreign country

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: TBD

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

### Trial

Estimated trial length (days): 10-15 days

# Defendant Status Sheet
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JOHN ERIN BINNS <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☐ Yes    ☒ No    If yes: <br><br> If yes, please enter the cause number below: <br><br>         or    MJ Enter MJ Cause Number here. <br><br> Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br> ☐ At the FDC under a different cause number: Enter different cause number here. <br> ☐ In custody under this cause number in another District: Enter other District here. <br> ☐ In custody (different cause number) in another District: Enter other info here. <br> ☐ In local custody: Enter local jurisdiction here. <br> ☐ In the community on supervision under cause number: Enter cause number here. <br> ☒ At large. <br> ☒ Other: Located in a foreign country |
| **Release** | ☐ Continue Conditions of release <br> ☐ Continue Detention <br> ☒ Not set; temporary detention; detention hearing scheduled for: TBD |
| **Arraignment** | ☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br> ☐ Summons to be issued for: Click or tap to enter a date. <br>    ☐ Defendant Address: Click or tap here to enter text. <br> ☐ Letter to defense counsel for appearance on: Click or tap to enter a date. <br>    ☐ Defense Counsel name and address: Click or tap here to enter text. |
| **Trial** | Estimated trial length (days): 10-15 days |