UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CONNOR RILEY MOUCKA,<br> a.k.a. "Alexander Antonin Moucka,"<br> a.k.a. "judische,"<br> a.k.a. "catist,"<br> a.k.a. "waifu,"<br> a.k.a. "ellyel8,"<br><br>   Defendant. | NO. CR24-180-1 LK<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

//
//
//

ORDER ISSUING BENCH WARRANT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 10th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES \_\_X\_\_  NO \_\_\_\_\_**