# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-180-2 LK |
|---|---|
| Plaintiff, | |
| v. | ORDER ISSUING BENCH WARRANT |
| JOHN ERIN BINNS,<br>a.k.a. "irdev,"<br>a.k.a. "j_irdev1337,"<br>Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 10th day of October, 2024.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __X__ NO _____**

ORDER ISSUING BENCH WARRANT - 1

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>CONNOR RILEY MOUCKA<br>*Defendant* | ) ) ) ) ) ) )  Case No. **CR24-180-1 LK** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CONNOR RILEY MOUCKA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 18 U.S.C. § 371 (Conspiracy)
Counts 2 through 6 18 U.S.C. §§ 1030(a)(2)(C), 1030(c)(2)(B)(i)-(iii), and 2 (Computer Fraud and Abuse)
Counts 7 and 8 18 U.S.C. §§ 1030(a)(7)(B), 1030(c)(3)(A), and 2 (Extortion in Relation to Computer Fraud)
Counts 9 through 18 18 U.S.C. §§ 1343 and 2 (Wire Fraud)
Counts 19 and 20 18 U.S.C. §§ 1028A(a)(1) and 2 (Aggravated Identity Theft)

Date: 10/10/2024

*Issuing officer's signature*

City and state: Seattle, Washington

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*