The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

        v.

CONNOR RILEY MOUCKA,
    a.k.a. "Alexander Antonin Moucka,"
    a.k.a. "judische,"
    a.k.a. "catist,"
    a.k.a. "waifu,"
    a.k.a. "ellyel8,"

         and

JOHN ERIN BINNS,
    a.k.a. "irdev,"
    a.k.a. "j_irdev1337,"

         Defendants.

NO. CR24-180 LK

GOVERNMENT'S NOTICE OF
APPEARANCE OF COUNSEL

    The United States of America, by and through Matthew R. Galeotti, Supervisory Official of the Criminal Division, United States Department of Justice, and George S. Brown, Trial Attorney for said Division, hereby submit this Notice of Appearance of Counsel in the above-referenced matter.

Notice of Appearance - 1
*United States v. Moucka & Binns*, No. CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Trial Attorney George S. Brown is now co-counsel on behalf of the United States and respectfully requests that all pleadings, court documents, and correspondence be sent to the attention of the undersigned at the address noted below:

GEORGE S. BROWN
United States Department of Justice
1301 New York Ave., NW Suite 600
Washington, District of Columbia 20005

DATED this 11th day of June, 2025.

Respectfully submitted,

MATTHEW R. GALEOTTI
Supervisory Official
Criminal Division

/s/ George S. Brown
GEORGE S. BROWN
Trial Attorney
Criminal Division
Computer Crime and Intellectual Property Section
United States Department of Justice
1301 New York Ave., NW Suite 600
Washington, District of Columbia 20005
Phone: 202-514-3597
Email: george.brown@usdoj.gov

Notice of Appearance - 2
*United States v. Moucka & Binns*, No. CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970