UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CONNOR RILEY MOUCKA,<br><br>        Defendant. | NO. CR24-180 LK<br><br>**STIPULATED MOTON FOR PROTECTIVE ORDER**<br><br>Noting Date: July 3, 2025 |

The parties file this Stipulated Motion for Protective Order and present the proposed order attached herewith.

The 20-count Indictment alleges that the above-captioned defendant and his co-conspirators devised and executed international computer hacking and wire fraud schemes that resulted in unlawful access to billions of sensitive customer records and the successful extortion of at least 36 bitcoin (worth approximately $2.5 million at the time of payment) from at least three victims.

As set forth in the attached proposed Protective Order, which is incorporated herein by reference, this case involves a substantial amount of electronic discovery, some of which contains personal identifying information, stolen victim data, other contraband, confidential

Stipulated Motion for Protective Order - 1
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

company information, and otherwise sensitive information. The discovery material may also include law enforcement sensitive items related to ongoing investigation efforts and ongoing matters occurring before the grand jury.

///

///

Stipulated Motion for Protective Order - 2
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties respectfully request that the Court enter the proposed Protective Order governing discovery in this matter.

DATED this 3rd day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney


*/s/Sok Tea Jiang*
SOK TEA JIANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970
sok.jiang@usdoj.gov


MATTHEW R. GALEOTTI
Supervisory Official, Criminal Division


*/s/Louisa K. Becker*
*/s/ George S. Brown*
LOUISA K. BECKER, Senior Counsel
GEORGE S. BROWN, Trial Attorney
Computer Crime and Intellectual Property Section
U.S. Department of Justice, Criminal Division
1301 New York Avenue NW Suite 600
Washington, D.C. 20530
(202) 514-3597
louisa.marion@usdoj.gov
george.brown@usdoj.gov


*With email approval:*


*/s/Christopher Black*
CHRISTOPHER BLACK
Black & Askerov, PLLC
705 Second Avenue, Suite 1111
Seattle, WA 98104
(206) 623-1604
chris@blacklawseattle.com
Attorney for Defendant Connor Riley Moucka

Stipulated Motion for Protective Order - 3
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970