The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CONNOR RILEY MOUCKA,

        Defendant.

NO. CR24-180 LK

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SET DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER**

      This matter comes before the Court on a Stipulated Motion to Continue Trial and Set Deadline for Entry of Case Management Order. Having considered the pleadings and papers filed, and all other matters properly before it, the Court,

      HEREBY FINDS that the ends of justice served by a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

      THE COURT FURTHER FINDS that, given the complexity of this case and the volume of discovery involved, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would be likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Order Granting Motion to Continue Trial - 1
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FURTHER FINDS that this case is complex due to the issues of fact presented, and that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS that, to the extent that the issues presented by this case are not so complex or unusual, the defense and the government have exercised due diligence, and the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

THEREFORE, **IT IS HEREBY ORDERED** that the parties Stipulated Motion to Continue Trial and Set Deadline for Entry of Case Management Order is GRANTED, and the trial date for this case is continued to April 13, 2026.

THE COURT FURTHER EXCLUDES the period from the date of this order through April 13, 2026, from computation of the time within which the trial must commence under the Speedy Trial Act. The defendant has waived his speedy trial right through April 13, 2026.

THE COURT FURTHER VACATES the present pretrial motions deadline of July 24, 2025, and sets the deadline for the parties to file pretrial motions for January 9, 2026; the deadline for the parties to file responses for January 23, 2026; and the deadline for the parties to file replies for January 30, 2026.

///

///

Order Granting Motion to Continue Trial - 2
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THIS COURT FURTHER SETS September 19, 2025, as the deadline for the parties to submit a proposed stipulated case management order addressing disclosure of experts, and similar pretrial matters. If the parties cannot agree on a case management order by September 19, 2025, they shall ask the Court to set a status conference to address case scheduling deadlines.

SO ORDERED.

Dated:  July ___, 2025

_____
LAUREN KING
United States District Judge

Presented by:

*/s/Sok Tea Jiang*
SOK TEA JIANG
Assistant United States Attorney

*/s/Louisa K. Becker*
LOUISA K. BECKER
Senior Counsel

*/s/George S. Brown*
GEORGE S. BROWN
Trial Attorney

*/s/Christopher Black*
CHRISTOPHER BLACK
Counsel for Connor Riley Moucka

Order Granting Motion to Continue Trial - 3
*United States v. Moucka*, CR24-180 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970