The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CONNOR RILEY MOUCKA,

Defendant.

No. CR24-180 LK

WAIVER OF RIGHT TO SPEEDY TRIAL

I, Connor Riley Moucka, am a defendant in this case. I understand that I have the right, pursuant to the Federal Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, to be tried within seventy (70) days of my arraignment. After consulting with my attorney, I agree to waive my right to a speedy trial through November 2, 2026, and assent to the Court scheduling trial on any date prior to that date. I understand that the Court will exclude the time from the date of the presently scheduled trial date until the new trial date in calculating the new speedy trial expiration date.

Dated this 23rd day of September, 2025.

Connor Moucka
Connor Riley Moucka

WAIVER OF RIGHT TO SPEEDY TRIAL
(*Connor Riley Moucka*; No. CR4-180 LK) - 1

**Black & Askerov, PLLC**
705 Second Avenue, Suite 1111
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401

Respectfully submitted this 23rd day of September, 2025.

BLACK & ASKEROV, PLLC

Chris Black
Attorney for Connor Riley Moucka
705 Second Avenue, Suite 1111
Seattle, WA 98104
Phone:      206.623.1604
Fax:        206.658.2401
Email:      chris@blacklawseattle.com

WAIVER OF RIGHT TO SPEEDY TRIAL
(*Connor Riley Moucka*; No. CR4-180 LK) - 2