The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CONNOR RILEY MOUCKA, Defendant. | NO. CR24-180 LK **~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING** |

This matter comes before the Court on a Joint Motion to Continue Sentencing.

Although the Court generally "must impose sentence without unnecessary delay," it "may, for good cause," deviate from the time limits prescribed by the Federal Rules of Criminal Procedure. See Fed. R. Crim. P. 32(b). Here, the parties have demonstrated good cause for the continuance to allow them additional time to prepare for sentencing. The Court finds that the interests of the public and Mr. Moucka in any speedier sentencing in this case are outweighed by the ends of justice.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Having considered the motion filed and all other matters properly before it, the Court hereby GRANTS the motion. Sentencing in the above-refenced matter is continued to January 27, 2027, at 10:00 a.m.

SO ORDERED.

Dated: August 26, 2026

LAUREN KING
United States District Judge

Presented by:

*/s/ Sok Tea Jiang*

SOK TEA JIANG
Assistant United States Attorney

*/s/ Louisa K. Becker*
LOUISA K. BECKER
Trial Attorney
U.S. Department of Justice, Criminal Division
Computer Crime and Intellectual Property Section

*With email approval:*

*/s/ Christopher Black*
CHRISTOPHER BLACK
Counsel for Connor Riley Moucka



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970